AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ANGELA C. BAKOS,

    Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 121-058

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to Order dated March 14, 2022, Defendant's Motion to Dismiss is granted; therefore,

Judgment is hereby entered in favor of Defendant. This case stands closed.

03/14/2022
Date

John E. Triplett, Clerk of Court
Clerk

*Jamie Aabalza*
(By) Deputy Clerk

GAS Rev 10/2020