IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| ANGELA C. BAKOS, | ) |
|     Plaintiff-Appellant, | ) Case No.  CV 121-058 |
| v. | ) Appeal No. 22-11131 |
| UNUM LIFE INSRANCE COMPANY OF AMERICA, | ) |
|     Defendant – Appellee. | ) |

### O R D E R

The judgment in the above-styled action having been affirmed by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the judgment of the United States Court of Appeals for the Eleventh Circuit is made the judgment of this Court.

SO ORDERED, this ___17th___ day of November 2022.

_____
HONORABLE J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA